In the Matter of the Examination of STEFANO LUCIANO, Judgment Debtor, Respondent, in Proceedings Supplementary to Execution upon the Application of CORNELL BROS., Judgment Creditor, Appellant, under Judgment Recovered in an Action Entitled CORNELL BROTHERS, Plaintiff, v. STEFANO LUCIANO and RICHARD W. FITCH, Defendants.

Appeal by Cornell Bros., judgment creditor, from an order of the County Court of Westchester county, entered in the office of the clerk of said county on the 14th day of January, 1914.

PER CURIAM: We are of opinion that the affidavit upon which the order in supplementary proceedings was based was sufficient. (See *Jaques* v. *Willett*, 104 N. Y. Supp. 500, and *Sherl* v. *Kurzman*, 60 Misc. Rep. 332.) The order appealed from is reversed, with ten dollars costs and disbursements, and the matter is remitted to the County Court of Westchester county for further proceeding. Jenks, P. J., Burr, Thomas, Carr and Putnam, JJ., concurred. Order of the County Court of Westchester county reversed, with ten dollars costs and disbursements, and matter remitted to said court for further proceeding.

———

Robert L. Allen, Respondent, v. The City of New York, Appellant.— Motion for reargument denied, without costs. Present — Jenks, P. J., Burr, Thomas, Carr and Putnam, JJ.

H. Stanley Clutsam, Respondent, v. Charles McC. Chapman, Appellant. — Motion denied, without costs. Present — Jenks, P. J., Burr, Thomas and Carr, JJ.; Putnam, J., taking no part.

Matthew Coleman, Respondent, v. James McClenahan, Appellant.— Motion granted. Present — Jenks, P. J., Burr, Thomas, Carr and Putnam, JJ.

John Curtin, Appellant, v. Thomas Healy, Respondent.— Motion for leave to appeal to the Court of Appeals denied, without costs. Present — Jenks, P. J., Burr, Thomas, Carr and Putnam, JJ.

Paul Dickey, Appellant, v. Christopher A. Gortner, Respondent.— Motion denied, without costs. Present — Jenks, P. J., Burr, Thomas, Carr and Putnam, JJ.

Madeline M. Duck and Others, Respondents, v. Brooklyn Trust Company, as Trustee, and Others, Appellants.— Motions for leave to appeal to the Court of Appeals granted and questions certified in the form proposed. Present — Burr, Thomas, Carr and Putnam, JJ.; Jenks, P. J., taking no part.

Claudine Eckert, Respondent, v. Clara M. Truman, Appellant, Impleaded with George D. Nowland, Defendant.— Motions to dismiss appeals denied upon the ground that respondent's proceedings are stayed

for non-payment of costs upon the previous appeal. If these costs are paid within five days the appeals may be placed upon the April calendar and heard upon one printed record. Present — Jenks, P. J., Burr, Thomas, Carr and Putnam, JJ.